**No. 49805.**—Protest 105138–K of Strauss-Eckardt Co., Inc. (New York).

Opinion by KEEFE, J. Following Abstract 45502 the protest was sustained as to certain of the items as outlined in the opinion.

**No. 49806.**—Protests 106637–K, etc., of Bechtel Lutz & Jost, Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49807.**—Protests 41529–K, etc., of M. Adler's Son et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, NOVEMBER 18, 1944

**No. 49808.**—Protest 66897–K of Hughes Tool Co. (Galveston).

Opinion by WALKER, J. On the record presented and in view of section 514, the court held that the condition precedent to conferring jurisdiction on the court was not met. The protest was therefore overruled.

BEFORE THE THIRD DIVISION, NOVEMBER 18, 1944

**No. 49809.**—Protest 97706–K of Olavarria & Co., Inc. (New York).

Opinion by KEEFE, J. The deputy collector stated that the sugar in question was not received in the warehouse until October 24, 1939, according to the storekeeper's report, and that 44,999 bags were received and the same number delivered. Under these circumstances it appeared that the protest is frivolous. However, as the Secretary of Treasury has exclusive authority to remit any duties or entertain any claims on the ground of loss through casualty of goods in a bonded warehouse, the Government's motion to dismiss was granted.